UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 09 B 12455
                                                    CHAPTER 13
ANTHONY J MARCICHOW
MARGARITA MARCICHOW                                 JUDGE JACK B SCHMETTERER

        DEBTORS                                     **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  US BANK NATIONAL ASSOC

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 11 | 3949 ARRS  5753NEVA | $4,583.91 | $4,708.91 | $4,708.91 |
| Total Amount Paid by Trustee | | | | | $4,708.91 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 09-12455-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 22nd day of January, 2014.

Debtor:
ANTHONY J MARCICHOW
MARGARITA MARCICHOW
5753 S NEVA AVE
CHICAGO, IL 60638

Attorney:
KAPLAN BANKRUPTCY FIRM LLC
55 W JACKSON BLVD # 909
CHICAGO, IL 60604
via Clerk's ECF noticing procedures

Creditor:
US BANK NATIONAL ASSOC
% OCWEN LOAN SERVICING
PO BOX 24781
WEST PALM BEACH, FL
33416-4781

Mortgage Creditor:
US BANK NATIONAL ASSOC
% OCWEN LOAN SERVICING
PO BOX 24781
WEST PALM BEACH, FL
33416-4781

ELECTRONIC SERVICE - United States Trustee

Date: January 22, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603